FEENEY HAY CO. INC. *v.* TRENTON MILLING CO. *et al.*

GRICE, Justice.  1. If a petition which undertakes to set out a cause of action for either equitable or legal relief, or both, is sufficient for either relief, it will not be dismissed on a general demurrer, but will proceed for the relief appropriate to such of the allegations and prayers as are sufficient.

2. The petition as amended stated facts sufficient to justify a court in its discretion to grant the extraordinary equitable relief prayed for, to wit, an injunction and receiver. *Hermann* v. *Mobley*, 172 *Ga.* 380 (158 S. E. 38); *Goodroe* v. *C. L. C. Thomas Warehouse*, 185 *Ga.* 399 (3), 400 (195 S. E. 190).           *Judgment affirmed. All the Justices concur.*

No. 13004.  OCTOBER 11, 1939.

*A. A. Baumstark, Paul Ginsberg, Neely, Marshall & Greene, Edgar A. Neely Jr.,* and *C. D. Stewart,* contra.